# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMED ABDALLA MAHMOUD,<br><br>　　Plaintiff<br><br>v.<br><br>JOSE NAVARRETE, et al.,<br><br>　　Defendants | Case No.: 2:24-cv-00677-APG-BNW<br><br>**Order** |

　　Plaintiff Mohamed Abdalla Mahmoud, who is incarcerated in the custody of the Nevada Department of Corrections, filed a civil rights complaint under 42 U.S.C. § 1983 and an application to proceed in forma pauperis. ECF Nos. 1-1, 2.  Mahmoud has also filed various motions. ECF Nos. 3, 11, 12, 13.  He now moves to voluntarily dismiss this case. ECF No. 14.

　　Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).  No responsive pleading has been filed, so I grant Mahmoud's motion to voluntarily dismiss this action.  I deny his application to proceed *in forma pauperis*, and his various motions, as moot.

　　I therefore order that Mahmoud's application to proceed *in forma pauperis*, and his various motions **(ECF Nos. 1, 3, 11, 12, 13) are denied as moot**.  Mahmoud's motion for voluntary dismissal **(ECF No. 14) is granted.**  I further order that this action is dismissed without prejudice, and I order the Clerk to enter judgment accordingly and close this case.

　　Dated: August 22, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge